# CASES IN CHANCERY,

## OF APRIL TERM, 1830.

---

### VAN DERVEER v. TALLMAN et al.

Injunction allowed as to defendant in a bill to foreclose, having sold timber standing on the ground; but not as to the purchasers, by name, they not being parties to the bill, and having a right to be heard.

THIS was a bill filed to foreclose. Before the suit the mort- <span>April, 1830.</span> gagor had conveyed to George Hancock in fee, in trust for certain purposes; and the mortgagor and Hancock were made parties, and also certain other persons, claiming to have a lien on the property. Pending the suit, Hancock sold parcels of the wood growing on the premises to Isaac Johnson and several others; and the complainant filed his petition, setting forth the facts of the sale, and alleging that Hancock and the others were committing great waste by cutting down the timber; and praying an injunction against Hancock, and also against the purchasers of the timber and wood growing.

THE CHANCELLOR. An injunction cannot issue against the purchasers by name, they not being parties to the bill. This is in accordance with the general rule. There is one case where a bill was filed against one set of tenants to restrain waste, and they were restrained; another set commenced cutting, and they were injoined, though not parties: but the authorities extend only to tenants. The persons here are purchasers, and have a right to be heard. (*Fellows* v. *Fellows*, 4 *Johnson's Ch. Rep.* 25.)

Injunction allowed as to Hancock; refused as to the purchasers.

*A. Brown*, for complainant.